UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                           )<br>          Plaintiff,                             )   Case No. CR07-207-JCC<br>                                                           )<br>          v.                                       )<br>                                                           )   DETENTION ORDER<br>SEAN JARAE HART,                      )<br>                                                           )<br>          Defendant.                        )<br>_____ ) | |

Offenses charged:

Count 1: Conspiracy to Engage in Sex Trafficking of a Minor in violation of 18 U.S.C. §§ 1591(a)(1) and (b)(2).

Count 4: Sex Trafficking of a child in violation of 18 U.S.C. §§ 1591(a)(1) and 1591(b)(1).

Counts 5, 6, and 10: Interstate Transportation in Furtherance of Prostitution in violation of 18 U.S.C. § 2423 and 2.

Count 9: Sex Trafficking by Force, Fraud, or Coercion in violation of 18 U.S.C. §§ 1591(a)(1), 1591(b)(1) and 2.

Date of Detention Hearing: June 27, 2007.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)  Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges.  This places a limited burden of production on the defendant, although the burden of persuasion remains with the government.  Application of the presumption in favor of detention is appropriate in this case.

(2)  The defendant has no stable residence in the State of Washington.  He is on probation in the State of Oregon.  When he has come to Washington and spent time in Washington, he has violated the terms of his probation in Oregon.

(3)  Defendant has no current source of employment.

(4)  Defendant has a history of absconding.

(5)  Defendant has a history of failure to comply with court orders, indicating an unwillingness or inability to comply with supervision.

(6)  Defendant has an assault conviction in which he "rearranged" the left side of the female victim's face.

(7)  The current charges involve allegations of violence against women.

(8)  When defendant was stopped in Oregon, a handgun was found in his vehicle.

(9)  There appear to be no conditions or combination of conditions other than detention that will reasonably address the risk of flight and danger to other persons or to the community.

IT IS THEREFORE ORDERED:

(1)  Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)  Defendant shall be afforded reasonable opportunity for private consultation

with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 27th day of June, 2007.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge